MICHAEL TALIENTO,            Plaintiff(s)

Against          AFFIDAVIT OF SERVICE

THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, ET AL          Defendant(s) Respondent(s)

---

STATE OF NEW YORK, COUNTY OF QUEENS
JOHN BYANK, The undersigned, being sworn says: Deponent is not a party herein; is over 18 years and resides at:
3 CRESCENT STREET, MASTIC, NY 11950
On 8/19/08 at 1:30PM at ONE BATTERY PARK PLAZA, NEW YORK, NY 10004

Deponent served the within:      --- Summons with Notice      --- Other
   -X- Summons and Complaint    --- Notice of Petition and Petition    --- Order to Show Cause
   --- Subpoena Duces Tecum    --- Subpoena    --- Subpoena of Non-Party Witness

On BOVIS LEND LEASE, INC.          -X-Defendant    ---Witness (herein after called the recipient)
C/O MOUND COTTON WOLLAN & GREENGRASS          ---Respondent

**Individual** — By delivering a true copy of each to said recipient personally, deponent knew the person so served to be the person described as said recipient therein.

**Corporation Agency/Entity** ---X--- By delivering there a true copy of each to: JINA (CLERK) personally, deponent knew said corporation so served to be the corporation, described in same as said respondent and knew said individual to be Authorized Agent thereof who specifically stated SHE/HE was authorized to accept service.

**Suitable Age Person** — By delivering thereat a true copy of each to:     a person of suitable age and discretion authorized to accept service. Said premises is recipient's----actual place of business----dwelling place ----usual place of abode within State.

**Affixing to Door, etc.** — By affixing a true copy of each to the door of said premises, which is recipient's -----actual place of business ----dwelling place----usual place of abode within the state. Deponent was unable, with due diligence, to find recipient or a person of suitable age and discretion, thereat, having called there.

**Mailing to Residence** — Deponent talked to:     at said premises who stated that recipient----lived----worked there within 20 days of such delivery or affixing. Deponent enclosed copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence at:     and deposited said envelope in an official depository under care and custody of the U.S. Postal Service within New York State.

**Mailing to Business** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a First Class post paid envelope properly addressed to recipient's actual place of business at: in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**Description** ---X---

| | | | | | | |
|---|---|---|---|---|---|---|
| --- Male | -X-White Skin | -X-Black Hair | ---White Hair | ---14-20 yrs. | ---Under 5' | ---Under 100 lbs |
| -X- Female | ---Black Skin | ---Brown Hair | ---Balding | -X-21-35 | ---5'-5'3 | -X-100-130 lbs |
| | ---Yellow Skin | ---Blonde Hair | ---Mustache | ---36-50 | -X-5'4-5'8 | ---131-160 lbs |
| | ---Brown Skin | ---Gray Hair | ---Beard | ---51-65 | ---5'9-6' | ---161-200 lbs |
| | ---Red Skin | ---Red Hair | ---Glasses | ---Over 65 yrs. | ---Over 6' | ---Over 200 lbs |

Other identifying features:

**Witness Fees**    $    the authorizing traveling expenses    --- was paid to the recipient
and one day's witness fee:    --- was mailed to the witness with subpoena copy

**Military Service** — I asked the person spoken to whether recipient was in active military service of the U S or of the Sate of New York in any capacity whatsoever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds for my belief are the conversations and observation above narrated. Upon information and belief I have that the recipient is not in military service of NY State or of the United States as that term is defined in either the State or in the Federal statues.

Sworn to before me on 8/21/08 ANNE I LI
Notary Public, State of New York
No. 01LI6161335
Qualified in Queens County
Commission Expires 02/26/2011

JOHN BYANK - LICENSE NO. 1057987